[Nos. 5999–5–III; 6248–1–III.   Division Three.   April 2, 1985.]

*In the Matter of the Marriage of* LAURA L.
DESTITO, *Respondent, and* JOHN S.
DESTITO, *Appellant.*

Appeals from judgments of the Superior Court for Walla
Walla County, No. 82–3–00166–4, James B. Mitchell and
Yancy Reser, JJ., entered July 15 and December 2, 1983.
*Affirmed* by unpublished opinion per Munson, J., concurred
in by Green, C.J., and Thompson, J.

[No. 5918–9–III.   Division Three.   April 2, 1985.]

UNITED PACIFIC INSURANCE COMPANY, *Respondent,* v.
THE CITY OF SPOKANE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 82–2–00451–5, William G. Luscher, J.,
entered June 1, 1983. *Affirmed as modified* by unpublished
opinion per Munson, J., concurred in by Green, C.J., and
McInturff, J.

[No. 6834–6–II.   Division Two.   April 2, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. DIRK
VON RHOADS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 29410RO40, Nile E. Aubrey, J., entered
December 17, 1982. *Dismissed* by unpublished opinion per
Worswick, C.J., concurred in by Reed and Petrich, JJ.